1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-6809
   Fax: (415) 436-7234
8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

**EDL**

12  UNITED STATES OF AMERICA,           )   CRIMINAL NO. 3 - 08 - 7 0 0 3 2
13                                      )
        Plaintiff,                      )
14                                      )   NOTICE OF PROCEEDINGS ON
        v.                              )   OUT-OF-DISTRICT CRIMINAL
15                                      )   CHARGES PURSUANT TO RULES
    ANTHONY NELSON DEAN,                )   5(c)(2) AND (3) OF THE FEDERAL RULES
16                                      )   OF CRIMINAL PROCEDURE
                                        )
17      Defendant.                      )
                                        )
18

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
    Procedure that on January 22, 2008, the above-named defendant was arrested based upon an
20
    arrest warrant (copy attached) issued upon an
21
        ☐  Indictment
22
        ☐  Information
23
        ☐  Criminal Complaint
24
        ☒  Other (describe)  __Supervised Release Violation__  pending in the Northern District of
25
    Iowa, Case Number CR 04-0056-LRR.
26
    In that case, the defendant is charged with violations of Title 18, United States Code,
27
    Sections 3583(e) - supervised release violation.
28

                                              1

1 | Description of Charges: The Petition alleges that there is probable cause to believe the
2 | defendant violated the following supervised release conditions: (1) that he notify the Probation
3 | Office of a change of employment; (2) that he is not to consume alcohol; (3) that he participate in
4 | alcohol testing; (4) that he abide by the rules of the community corrections center where he was
5 | placed, to wit: the Gerald Hinzman Center.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 1/22/08

Wendy Thomas
Special Assistant U.S. Attorney

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

Anthony Nelson Dean

**WARRANT FOR ARREST**

Case Number:   CR04-56 LRR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Anthony Nelson Dean__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ■ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)


Violation of Supervised Release



in violation of Title _____ United States Code, Section(s) _____

| Dianne Eveland | /s/ Dianne Eveland |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | January 8, 2008   Cedar Rapids, IA |
| Title of Issuing Officer | Date and Location |

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |