1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**EDL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3 - 08 - 70032 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| ANTHONY NELSON DEAN, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 22, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe)  __Supervised Release Violation__  pending in the Northern District of Iowa, Case Number CR 04-0056-LRR.

In that case, the defendant is charged with violations of Title 18, United States Code, Sections 3583(e) - supervised release violation.

1

1  Description of Charges: The Petition alleges that there is probable cause to believe the
2  defendant violated the following supervised release conditions: (1) that he notify the Probation
3  Office of a change of employment; (2) that he is not to consume alcohol; (3) that he participate in
4  alcohol testing; (4) that he abide by the rules of the community corrections center where he was
5  placed, to wit: the Gerald Hinzman Center.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 1/22/08

Wendy Thomas
Special Assistant U.S. Attorney

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

Anthony Nelson Dean

## WARRANT FOR ARREST

Case Number: CR04-56 LRR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Anthony Nelson Dean__
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ■ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Dianne Eveland | /s/ Dianne Eveland |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | January 8, 2008   Cedar Rapids, IA |
| Title of Issuing Officer | Date and Location |

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |