**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 4, 2008

FILED

FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Northern District of Iowa
101 First Street, SE
Cedar Rapids, IA 52401

Case Name:        US v Anthony Nelson Dean
Case Number:      3-08-70032 EDL
Charges:          18:3583 Supervised Release Violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Nandor J. Vadas. The following action has been taken:

        (X)    The U.S. Marshal has been ordered to remove this defendant
                to your district forthwith.
        ()     The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Peny Bolen_

Case Systems Administrator

Enclosures
cc: Financial Office

**RECEIVED**

FEB 0 8 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA